COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER ON MOTION FOR REHEARING

Appellate case name:       Peregrine Oil & Gas, LP v. HRB Oil & Gas, Ltd. and VHPM, LLC

Appellate case number:   01-17-00180-CV

Trial court case number:  2016-45652

Trial court:               190th District Court, Harris County, Texas

Date motion filed:        September 12, 2018

Party filing motion:       Appellee


It is ordered that the motion for rehearing is **denied**.


Judge's signature: /s/ Justice Terry Jennings
                         Acting for the Court

Panel consists of: Chief Justice Radack, Justice Jennings, and Justice Lloyd.

Date:  _10/23/2018_____